LOUIS BURKHARD, Respondent, *v.* THE NORWICH BREWING COMPANY, Appellant.

*Burkhard* v. *Norwich Brewing Co.,* 125 App. Div. 903, affirmed.
(Argued May 7, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for goods alleged to have been sold and delivered.

*Hubert C. Stratton* and *William H. Sullivan* for appellant.

*Walter Welch, J. H. Costello* and *H. D. Costello* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.